STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant DOW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-15 - 580 RS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE BAIL** |
| v. ) | **HEARING** |
| ) | |
| WILLIAM DOW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is on calendar for a bail review on May 12, 2016. Because defense counsel will be out of town on that day, the parties have stipulated to continue the matter one week until May 19, 2016 at 10:00 am, in Courtroom B, 15th Floor, before Magistrate Judge Maria-Elena James.

It is so stipulated.

Date: 5/9/2016                                    /s/
                                                  Geoffrey A. Hansen
                                                  Chief Assistant Federal Public Defender

Date: 5/9/2016                                    /s/
                                                  Jerome Mayer-Cantu
                                                  Assistant United States Attorney

IT IS SO ORDERED.

Date: 5/9/2016

_____
Maria Elena James
United States Magistrate Judge

1