STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant DOW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM DOW<br><br>    Defendant. | No. CR-15 - 580 RS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO CONTINUE SENTENCING** |

    This matter is on calendar for sentencing on July 26, 2016. Because defense counsel will be out of the office on that date, the parties have stipulated to continue the matter until August 30, 2016 at 2:30 p.m.

IT IS SO STIPULATED.

Date:   June 27, 2016                                  /s/
                                                                     _____
                                                                     Geoffrey A. Hansen
                                                                     Chief Assistant Federal Public Defender

Date:   June 27, 2016                                  /s/
                                                                     _____
                                                                     Jerome Mayer-Cantu
                                                                     Assistant United States Attorney

1

IT IS SO ORDERED.

Date: 6/27/16

_____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE